**FILED**

IN CLERK'S OFFICE

U.S. District Court E.D.N.Y.

10/20/2022

BROOKLYN OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EXACTECH POLYETHYLENE
ORTHOPEDIC PRODUCTS LIABILITY LITIGATION                MDL No. 3044

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 7, 2022, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d___ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Nicholas G Garaufis.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Garaufis.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of October 7, 2022, and, with the consent of that court, assigned to the Honorable Nicholas G Garaufis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

A TRUE COPY ATTEST
DATE: October 20, 2022
BRENNA B. MAHONEY CLERK
BY: Tiffeny Lee-Harris DEPUTY CLERK

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: EXACTECH POLYETHYLENE
ORTHOPEDIC PRODUCTS LIABILITY LITIGATION                    MDL No. 3044

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 22−00772 | Flowers et al v. Exactech Inc |
| ARE | 4 | 22−00890 | Clark v. Exactech Inc |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 22−04106 | Richard Reilly v. Exactech, Inc. et al |
| COLORADO | | | |
| CO | 1 | 22−01511 | Carolina v. Exactech, Inc. et al |
| CONNECTICUT | | | |
| CT | 3 | 22−01072 | Gourd v. Exactech, Inc. et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 22−01237 | WILDER v. EXACTECH U.S., INC. et al |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 22−00423 | Palmer v. Exactech, Inc. et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 22−03168 | Cheramie v. Exactech, Inc. et al |
| LAE | 2 | 22−03519 | Briscoe v. Exactech, Inc. |
| LAE | 2 | 22−03524 | Romero v. Exactech, Inc. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 22−00568 | Hoyt et al v. Exactech, Inc. et al |
| MARYLAND | | | |
| MD | 1 | 22−01846 | Romano et al v. Exactech, Inc. et al |
| NEW JERSEY | | | |
| NJ | 2 | 22−05240 | OBRIEN v. EXACTECH, INC. et al |

| | | | |
|---|---|---|---|
| NJ | 3 | 22−04399 | ZEEVALK et al v. EXACTECH, INC. et al |
| NJ | 3 | 22−04559 | DECORTE et al v. EXACTECH, INC. et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 3 | 22−00673 | Gehm v. Exactech, Inc. et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 22−05863 | Perez v. Exactech, Inc. et al |
| NYS | 1 | 22−05864 | Matchett et al v. Exactech, Inc. et al |
| NYS | 1 | 22−07778 | Slanovec v. Exactech, Inc. et al |
| NYS | 7 | 22−08154 | Guglielmo et al v. Exactech US, Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 22−01487 | McGuire et al v. Exactech, Inc. et al |
| OHN | 5 | 22−01320 | Bellian et al v. Exactech, Inc. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 22−02339 | BRICKMAN v. EXACTECH, INC. |
| PAE | 2 | 22−02895 | CAMP et al v. EXACTECH, INC. et al |
| PAE | 2 | 22−03772 | BROWN et al v. EXACTECH, INC. et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 22−00377 | Smith v. Exactech, Inc. et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 22−01554 | Kenney et al v. Exactech Inc et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 1 | 22−00135 | Salazar v. Exactech, Inc. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 22−00626 | Uhle v. Exactech, Inc. et al |